# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **TABOH MOPECHA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Civil Action No.** |
| **v.** ) | **18-10518-IT** |
| ) | |
| **PANERA BREAD CO., et al.,** ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ORDER

**TALWANI, D.J.**

1.      Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

2.      The Clerk shall issue summonses as to Panera Bread Company and the Boston Police Department.  If, through discovery, the Plaintiff discovers the true name of the John Doe Defendants, he should act promptly to amend the complaint to substitute the correct parties.

3.      Because the Plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  If so asked by the Plaintiff, the USMS shall serve copies of the summons, complaint, and this Order upon the named Defendants as directed by Plaintiff.  The Plaintiff shall have 90 days from the date of this Order to complete service.

**So ordered.**

 /s/s Indira Talwani 
Indira Talwani
United States District Judge

Dated:  May 21, 2018