# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

TABOH MOPECHA,
    **Plaintiff,**

    v.                                  **Civil Action No. 1:18-cv-10518-IT**

PANERA BREAD CO., et al.,
    **Defendants.**

## ORDER OF DISMISSAL

**TALWANI, D.J.**

On February 25, 2019, this court issued an Order to Show Cause [#11], instructing Plaintiff, within 14 days of the order, to either file a proof of service or provide good cause as to why service has not been made. To date, Plaintiff has not responded to this order.

Accordingly, pursuant Federal Rule of Civil Procedure 41(a)(2), this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: June 12, 2019                           /s/ Indira Talwani
                                           United States District Judge